UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| STEPHANIE KUNTZ, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>MICHAEL J. ASTRUE, )<br>Commissioner of Social Security, )<br>)<br>Defendant. ) | Case No.  4:12-CV-1796-SNLJ |

## MEMORANDUM AND ORDER

This matter is before the Court upon review of Stephanie Kuntz's motion for leave to commence this action without payment of the required filing fee [Doc. #2].  See 28 U.S.C. § 1915(a).

Plaintiff has submitted a partially-completed financial affidavit CJA Form 23 in support of her application for in forma pauperis status [Doc. #3].  Plaintiff has failed to state whether she has any cash on hand or money in a savings or checking account, and if she does, the total amount of said account(s).  As such, the Court is unable to determine, at this time, if she is financially unable to pay any portion of the filing fee.  See 28 U.S.C. § 1915(a), Local Rule 2.05(A).

In accordance with the foregoing,

**IT IS HEREBY ORDERED** that plaintiff shall have thirty (30) days from the date of this Order to pay the statutory filing fee of $350.00, or to submit a fully completed CJA Form 23 (financial affidavit).

**IT IS FURTHER ORDERED** that if plaintiff fails to pay the filing fee or to submit a fully-completed CJA Form 23 within thirty days, the case shall be dismissed, without prejudice and without further notice to her.

Dated this 22nd day of October, 2012.

UNITED STATES DISTRICT JUDGE